IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

v.  Case No.: 5:22cr18-MW/MAL

CURTIS T. VICKERS,

*Defendant.*
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 53, and has also reviewed *de novo* Defendant's objections, ECF No. 54.

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 53, is **accepted and adopted**, over the Defendant's objections, as this Court's opinion. Defendant's amended motion to vacate, set aside, or correct sentence, ECF No. 41, is **DENIED**. Defendant's "emergency motion to dismiss and immediate release of Curtis T. Vickers," ECF No. 52, is **DENIED**.

The Clerk shall enter judgment stating, "Defendant's amended motion to vacate, set aside, or correct sentence, ECF No. 41, is **DENIED**." A certificate of

appealability is **DENIED**. The Clerk shall close the file.

      **SO ORDERED on February 4, 2025.**

<u>**s/Mark E. Walker**</u>
**Chief United States District Judge**
